PROB 12C
(7/93)

Report Date: June 28, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 0 1 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alfred H. Wynne                   Case Number: 2:11CR00001-003

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 11/8/2011

| | |
|---|---|
| Original Offense: | Robbery within the Exterior Boundary of the Spokane Indian Reservation, 18 U.S.C. § 1153(a) and 2111 |
| Original Sentence: | Prison - 30 Months<br>TSR - 36 Months |
| Asst. U.S. Attorney: | Rudy Verschoor |
| Defense Attorney: | John H. Loeffler |

Type of Supervision: Supervised Release

Date Supervision Commenced: 4/9/2013

Date Supervision Expires: 4/8/2016

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 & 2 | **Mandatory Condition #2:** The defendant shall not commit another Federal, state, or local crime.<br><br>**Special Condition # 17:** You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence:** The offender was arrested by the Spokane Tribe of Indians Police Department on June 20, 2013, and charged with driving under the influence. Initial breath-alcohol tests revealed a breath-alcohol content of .233. Two breath-alcohol tests administered subsequent to his arrest revealed a breath-alcohol content of .209 and .207. On June 24, 2013, the offender plead guilty to driving under the influence in Tribal Court for the Spokane Tribe of Indians, case number 2013-6170. Mr. Wynne received the maximum jail sentence of 30 days, placed on 12 months probation, and was ordered to pay a $300 fine. |

Prob12C
Re: Wynne, Alfred H.
June 28, 2013
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  06/28/2013

s/Shane Moore

Shane Moore
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[x]   The Issuance of a Summons [ ]   Other

s/ Fred Van Sickle

Signature of Judicial Officer

7/1/13

Date