PROB 12C
(7/93)

Report Date: August 27, 2013

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 28 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alfred H. Wynne                Case Number: 0980 2:11CR00001-003

Address of Offender: unknown

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: November 8, 2011

| | | |
|---|---|---|
| Original Offense: | Robbery within the Exterior Boundary of the Spokane Indian Reservation, 18 U.S.C. §§ 1153(a) and 2111 | |
| Original Sentence: | Prison 30 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Rudy Verschoor | Date Supervision Commenced: April 9, 2013 |
| Defense Attorney: | John H. Loeffler | Date Supervision Expires: April 8, 2016 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 7/1/2013 and issue a warrant for the offender's arrest.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 & 4 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |
| | **Supporting Evidence**: The offender was terminated from his employment on the morning of August 26, 2013, and has failed to report the termination to the U.S. Probation Office. |
| | The offender moved out of his approved residence on August 26, 2013, and has failed to report the change in residence to the U.S. Probation Office. His current whereabouts are not known. |
| 5 | **Special Condition # 16**: The defendant shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. The defendant shall contribute to the cost of treatment according to his ability to pay. The defendant shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

Case 2:11-cr-00001-RMP   Document 243   Filed 08/28/13

Prob12C
Re: Wynne, Alfred H.
August 27, 2013
Page 2

        **Supporting Evidence**: Alfred Wynne did not attend substance abuse treatment as scheduled on August 23, 2013.

6    **Special Condition # 17**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

        **Supporting Evidence**: Mr. Wynne admitted that on August 20, 2013, he consumed five to six "Mike's Hard Iced Tea" alcoholic beverages.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/27/2013

s/Shane Moore

Shane Moore
U.S. Probation Officer

---

## THE COURT ORDERS

- [ ] No Action
- [x] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Other

s/ Fred Van Sickle

Signature of Judicial Officer

8/28/13

Date